(May 10, 2017)

■ 500 Putnam, LLC, Appellant, v Nechadim Corp., Respondent, et al., Defendant. [51 NYS3d 894]—In an action, inter alia, for a judgment declaring that the plaintiff is entitled to certain escrowed funds, the plaintiff appeals, as limited by its brief, from so much of an order of the Supreme Court, Kings County (Partnow, J.), dated April 1, 2015, as denied its motion for summary judgment on its complaint.

Ordered that the order is affirmed insofar as appealed from, with costs.

The plaintiff failed to meet its prima facie burden of

establishing, as a matter of law, that the loan secured by the mortgage was paid in full and that the mortgage on the subject property was discharged (*see Winegrad v New York Univ. Med. Ctr.*, 64 NY2d 851, 853 [1985]). Thus, the Supreme Court properly denied the plaintiff's motion for summary judgment without regard to the sufficiency of the opposition papers submitted by the defendant Nechadim Corp. (*see Alvarez v Prospect Hosp.*, 68 NY2d 320, 324 [1986]; *Winegrad v New York Univ. Med. Ctr.*, 64 NY2d at 853). Chambers, J.P., Sgroi, Duffy and Barros, JJ., concur.